■ In the Matter of ASHANTEWA W.L. WESTCHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DORIS L., Appellant. [46 NYS3d 431]—Appeal by the mother from an order of fact-finding of the Family Court, Westchester County (Kathie E. Davidson, J.), entered April 7, 2015. The order, after a fact-finding hearing, found that the mother neglected the subject child.

Ordered that the order of fact-finding is affirmed, without costs or disbursements.

To establish neglect of a child, the petitioner must demonstrate, by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]), that the child's physical, mental, or emotional condition has been impaired or is in imminent danger of becoming impaired, and that actual or threatened harm to the child is a consequence of the failure of the parent or caretaker to exercise a minimum degree of care in providing the child with proper supervision or guardianship (*see* Family Ct Act § 1012 [f] [i] [B]; *Nicholson v Scoppetta,* 3 NY3d 357, 368 [2004]). Here, the petitioner established, by a preponderance of the evidence, that the mother's course of conduct impaired the subject child's physical, mental, or emotional well-being, or placed her in imminent danger of such impairment (*see Matter of Tyler C. [Andrea G.],* 82 AD3d 1093, 1095 [2011]; *Matter of Angelique L.,* 42 AD3d 569, 572 [2007]).

The mother's contentions regarding a temporary order of removal issued pursuant to Family Court Act § 1022 are not properly before this Court (*see Matter of Jamakie B. [Gwendolyn J.],* 119 AD3d 939, 940 [2014]).

The mother's remaining contention is without merit. Leventhal, J.P., Sgroi, LaSalle and Barros, JJ., concur.